**Order entered March 26, 2020**



**In The**

### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-19-01054-CV

**ANTONIO CABALLERO, Appellant**

**V.**

**WILMINGTON SAVINGS FUND SOCIETY, FSB, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-04357**

### ORDER

Before the Court is appellant's March 24, 2020 motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **May 13, 2020**.

Also before the Court is the March 24, 2020 motion of Ramon de Jesus Rodriguez to withdraw as counsel for appellant. We **DENY** the motion without prejudice to filing a motion that complies with rule 6.5(b) of the rules of appellate procedure. *See* TEX. R. APP. P. 6.5(b) (requiring motion mailed to party by both certified and first-class mail).

/s/    ROBERT D. BURNS, III
         CHIEF JUSTICE